Pro-se/indigent/ID code 31-3220
Felix Montez Solano # 284161
219 N 12 ave Caldwell, ID. 83605

U.S. COURTS
JAN 12 2012
Rec'd____Filed____Time 11:50
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES COURT FOR THE DISTRICT OF IDAHO

12-046-CV MHW

FELIX MONTEZ SOLANO
           Petitioner,

PETITION FOR WRIT OF
HABEAS CORPUS;

V.S.

CANYON COUNTY, CANYON COUNTY SHERRIFF'S,
STATE OF IDAHO, CALDWELL POLICE, CANYON COUNTY JAIL,
USA, ICE, DOJ     ET AL

        COMES NOW THE PETITIONER AND PETITONS THIS COURT FOR WRIT OF HABEAS CORPUS BASED ON THE FOLLOWING:

1. Petitioner has been subjected to Cruel Unusual Punishment in violation of the 8th Amendment and **BELL V. WOLFISH**, 441 U. S. 520 The constitutional standards that apply to *convicted prisoners* in the United States are well developed. Convicted prisoners are protected by the Eighth Amendment to the United States Constitution, made applicable to the states by the Fourteenth Amendment, which prohibits the infliction of "cruel and unusual punishments" on convicted prisoners. To establish a violation of the Eighth Amendment, a prisoner must show both (1) a deprivation of a basic human need, *Helling v. McKinney*, 509 U.S. 25, 31-32 (1993), and (2) deliberate indifference, *Wilson v. Seiter*, 501 U.S. 294, 303 (1991). In the context of medical or mental health care, a prisoner must

demonstrate "deliberate indifference to serious medical needs." *Estelle v. Gamble*, 429 U.S. 97, 104 (1976). The Eighth Amendment is also violated when prison officials "maliciously and sadistically use force to cause harm," even where no serious injury results. *Hudson v. McMillian*, 503 U.S. 1, 9 (1992). The standard that applies to *pre-trial criminal detainees* is less settled. Pre-trial criminal detainees in state custody are protected by the Due Process Clause of the Fourteenth Amendment against any conditions that constitute "punishment." *Bell v. Wolfish*, 441 U.S. 520, 535 (1979).

2. Canyon county jail has already admitted to this under oath in federal court.
3. Petitioner has been denied access to the courts in violation of the first amendment.
4. Pettioner was forced to sighn documents by the Immigration officer at Canyon county jail.

*[signature]*

1/11/12